JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

## CIVIL COVER SHEET

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

15 JAN 12 AM 11: 27

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Zurich American Insurance Company ;
5 Incorporated and Principal Place of Business in Another State;
Indiana
County of Residence: Outside This District

**Defendant(s):**
First Listed Defendant:
Midwest Environmental Services Inc. of Indy ;
4 Incorporated or Principal Place of Business in This State;
County of Residence: Marion County

Additional Defendants(s):
Central Asbestos Services, LLC ;
4 Incorporated or Principal Place of Business in This State;

1 : 15 -cv- 0046 TWP -DML

**County Where Claim For Relief Arose:** Marion County

**Plaintiff's Attorney(s):**
Darrell Dolan ( Zurich American Insurance Company)
Darrell J. Dolan, Attorney at Law
6525 E. 82nd Street, Suite 102
Indianapolis, Indiana 46250
Phone: 317-842-0022
Fax:
Email: attorneydolan@aol.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
  Plaintiff: 5 Incorporated and Principal Place of Business in Another State
  Defendant: 4 Incorporated or Principal Place of Business in This State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 110 Insurance Contracts
**Cause of Action:** 28 USC 1332 Action by insurance carrier to recover amount owed by policyholders
**Requested in Complaint**
  Class Action: Not filed as a Class Action
  Monetary Demand (in Thousands): 122

https://ecf.insd.uscourts.gov/webapps/js44/cvcover.html

1/8/2015

**Jury Demand:** No

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Darrell J. Dolan         *[signature]* 16389-29

**Date:** 01/08/2015

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.