UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 1:15-cv-00046-TWP-DML ) ) |
| MIDWEST ENVIRONMENTAL SERVICES, INC. OF INDY, *et al.* | ) ) ) |
| Defendants. | ) |

**ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION
ON CENTRAL ASBESTOS'S MOTION TO DISMISS**

On December 21, 2015, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 38) on defendant Central Asbestos Service's motion to dismiss. The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 38) and being duly advised, now APPROVES and ADOPTS it. Defendant Central Asbestos Service's motion to dismiss (Dkt. 18) is therefore DENIED as provided in the Report and Recommendation and this Order.

IT IS SO ORDERED.

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Date: 1/11/2016

Distribution to electronically registered counsel of record via CM/ECF