UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MIDWEST ENVIRONMENTAL SERVICES, INC. OF INDY and CENTRAL ASBESTOS SERVICES, LLC.<br><br>　　　　　　Defendants. | Civil Action No. 1:15-CV-00046-TWP-DML<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CENTRAL ASBESTOS SERVICES, LLC <u>ONLY</u> |

Plaintiff hereby gives notice that this action is dismissed with prejudice as to Defendant Central Asbestos Services, LLC ("Central") only. This stipulation does not dismiss Defendant Midwest Environmental Services, Inc. of Indy.

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED UPON** by the undersigned, attorneys for Plaintiff and Central, that all matters in dispute between them, and between them only, have been settled and that this Court shall retain jurisdiction to enforce the terms of the Settlement and Release Agreement entered into by these parties.

| | |
|---|---|
| BRESSLER, AMERY & ROSS, P.C.<br>Attorneys for Plaintiff<br>325 Columbia Turnpike<br>Florham Park, NJ 07932<br>Phone: (973) 514-1200<br><br>By: Evan Yablonsky, Esq.<br>Date: 7/11/16 | JENSEN & ASSOCIATES<br>Attorneys for Defendant Central Asbestos Services, LLC and Rudolfo Funez, Jr.<br>6280 N. Shadeland Avenue, Suite A<br>Indianapolis, IN 46220<br>Phone: (317) 849-5834<br><br>By: Herbert A. Jensen, Esq.<br>Date: 7/11/16 |

**SO ORDERED:**_____
　　　　　　HON. TANYA WALTON PRATT, U.S.D.J.